IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REJECTS SKATE MAGAZINE, INC., ) <br> WESLEY M. DRIVER, RADIUS MEDIA, LLC, ) <br> and SHAWN ENGLER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ACUTRACK, INC., ) <br> ) <br> Defendant. ) | Civil No. 3:05-0381 <br> Judge Trauger |

**O R D E R**

For the reasons expressed in the accompanying Memorandum, the Report and Recommendation (Docket No. 54) is **REJECTED**. The defendant's Motion to Transfer this case to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a) (Docket No. 9) is **GRANTED**, and this case is ordered **TRANSFERRED** to that court's Oakland Division. The defendant's alternative Motion to Dismiss and Motion to Strike Certain Claims (Docket No. 9) are **DENIED AS MOOT**.

It is so **ORDERED.**

Enter this 29th day of March 2006.

_____
ALETA A. TRAUGER
U.S. District Judge